IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ALVESTER MOORE and SHARON MOORE, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No. 4:11CV00376 SWW |
| JAMES SHERMAN, ET AL., | * * * | |
| Defendant. | * | |

**Order**

The Court's attention has been directed to the fact that plaintiffs herein are presently proceeding pro se.

The purpose of this Order is to direct plaintiffs' attention to the fact that plaintiffs are required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to so comply can result in dismissal of plaintiffs' claim.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. In addition, said rules may be accessed from the internet website of the United States District Court for the Eastern District of Arkansas. Plaintiffs is hereby instructed to be familiar and comply with said Rules.

Local Rule 7.2(b) provides that "[w]ithin fourteen [14] days from the date of service of copies of a motion and supporting papers, any party opposing the motion shall serve and file with the Clerk a concise statement in opposition to the motion with supporting authorities."

Separate defendant Aurora Loan Services filed a motion to dismiss on June 14, 2011. Plaintiffs response to the motion was due on July 1, 2011. **The Court hereby directs plaintiffs to respond to the motion to dismiss on or before July 22, 2011. Failure to do so may result in the dismissal of plaintiffs' claims against Aurora Loan Services.**

      The Clerk of Court is directed to serve this Order on plaintiff by both regular mail and certified mail, return receipt requested.

      IT IS SO ORDERED this 7th day of July, 2011.

                                    /s/Susan Webber Wright
                                    UNITED STATES DISTRICT JUDGE