IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ALVESTER MOORE and SHARON MOORE, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No. 4:11CV00376 SWW |
| JAMES SHERMAN, ET AL., | * * * | |
| Defendant. | * | |

**Order**

An order was entered in this matter on July 7, 2011, directing plaintiffs to respond to the motion to dismiss filed by Aurora Loan Services on or before July 22, 2011. The Court informed plaintiffs that failure to respond could result in dismissal of this defendant. Plaintiffs have failed to respond.[1]

IT IS THEREFORE ORDERED that the motion to dismiss [docket entry 7] is granted. Plaintiffs' claims against separate defendant Aurora Loan Services are dismissed.

DATED this 25th day of July, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1]The Order was sent to plaintiffs by both regular and certified mail. There is nothing in the file to indicate plaintiffs received the Order sent by certified mail; however, there is no record the Order sent by regular mail was returned.