*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ALVESTER MOORE, ET AL                                              Plaintiff(s)

v.                          4:11CV00376 SWW

JAMES SHERMAN, ET AL                                               Defendant(s)

### ORDER

By order dated September 1, 2011, the Court granted an extension for the parties to participate in a Rule 26(f) conference and file a report. The proposed trial date in this matter is April 23, 2012, however no final scheduling order will be issued until the Rule 26(f) report is filed.

IT IS THEREFORE ORDERED that counsel file the Rule 26(f) report forthwith.

DATED this 9th day of January 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE