IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ALVESTER MOORE and SHARON MOORE, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No. 4:11CV00376 SWW |
| JAMES SHERMAN, ET AL., | * * * | |
| Defendant. | * | |

**Order**

Plaintiffs filed their complaint on May 2, 2011. On July 7, 2011, the Court entered an Order directing *pro se* plaintiffs to be familiar and comply with the Federal Rules of Civil Procedure and the Local Rules of this Court. After ruling on a motion to dismiss, on September 1, 2011, the Court granted plaintiffs' motion for an extension of time to conduct the Rule 26(f) report. On January 9, 2012, the Court directed counsel to file the Rule 26(f) report forthwith. No Rule 26(f) report has been filed; it appears that plaintiffs do not wish to pursue this action.

IT IS THEREFORE ORDERED that plaintiffs shall respond to the Court's January 9, 2012, order directing them to file a 26(f) report no later than fourteen (14) days from the date of entry of this Order. If plaintiffs fail to comply with this Order, the Court will be inclined to dismiss this matter for failure to prosecute this action and abide by the orders of this Court.

DATED this 23rd day of March, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE