IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ALVESTER MOORE and SHARON MOORE, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No. 4:11CV00376 SWW |
| JAMES SHERMAN, ET AL., | * * * | |
| Defendants. | * | |

**Order**

The complaint in this matter was filed on May 2, 2011. While one defendant, Aurora Loan Services, made an appearance and was dismissed from the lawsuit, the file does not reflect that plaintiffs have served defendants Sherman, Johnson, EMC Mortgage Services, Litton Loan Servicing LP, or Amstar Mortgage Corporation with process. Rule 4(l) of the Federal Rules of Civil Procedure requires proof of service upon defendants, and Rule 4(m) requires that such service be made within 120-days of filing the lawsuit. This action cannot proceed without service on the remaining defendants.

IT IS THEREFORE ORDERED that plaintiffs shall file proof that they did obtain service upon the remaining defendants. If plaintiffs fail to comply with this Order by April 20, 2012, the Court will be inclined to dismiss this case for failure to obtain service and prosecute this action.

Dated this 6th day of April, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE