IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ALVESTER MOORE and SHARON MOORE, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No. 4:11CV00376 SWW |
| JAMES SHERMAN, ET AL., | * * * | |
| Defendants. | * | |

**Order**

The Court entered an order on April 6, 2012, directing plaintiffs to file proof of service upon defendants James Sherman, Jerry Johnson, EMC Mortgage Services, Litton Loan Servicing LP, and Amstar Mortgage Corporation by April. 20, 2012.  The Court stated that failure to comply could result in dismissal of this case.  Plaintiffs have failed to comply.

IT IS THEREFORE ORDERED that this cause is hereby dismissed without prejudice for plaintiffs' failure to prosecute this action.

Dated this 23rd day of April, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE